IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KELVIN FRAZIER,**

  **Plaintiff,**

v.            Case No.  4:16cv281-MW/GRJ

**JULIE JONES, et al.,**

  **Defendants.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

  This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 28 and 29.[1]  Accordingly,

  IT IS ORDERED:

  The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This case is **dismissed without prejudice** for failure to comply with an order of the

---

[1] This Court recognizes that Plaintiff's "appeal" of the report and recommendation, ECF No. 29, was treated by the Clerk's office as an appeal to the Eleventh Circuit.  Plaintiff cannot appeal the report and recommendation directly to the Eleventh Circuit and thus this Court is not divested of jurisdiction.  It is this order, adopting the report and recommendation, which is subject to appeal.  If Plaintiff wishes to appeal the dismissal without prejudice then Plaintiff should file a notice of appeal directed to this order.

Court." The Clerk shall close the file.

**SO ORDERED on October 28, 2016.**

**<u>s/Mark E. Walker</u>**
**United States District Judge**
